UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00392-MO |
| v. | INFORMATION |
| DAKOTA KURTIS MEANS, | 18 U.S.C. § 111(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a))**

On or about August 24, 2020, in the District of Oregon, defendant **DAKOTA KURTIS MEANS**, did forcibly assault, impede, and intimidate with Adult Victim 1 (AV1), a person designated as a federal employee in 18 U.S.C. § 1114, while engaged in or on account of the performance of AV1's official duties.

In violation of Title 18, United States Code, Section 111(a), a Class A misdemeanor.

Dated: August 24, 2020.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Ashley R. Cadotte*
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney